ACCEPTED
03-15-00261-CV
6310378
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 1:21:22 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00261-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/31/2015 1:21:22 PM

JEFFREY D. KYLE
Clerk

**THOMAS D. YOUNG A/K/A T. DAVID YOUNG**, *APPELLANT*

*v.*

**JP MORGAN CHASE BANK, N.A.**, *APPELLEE*

APPEAL FROM CAUSE NO. D-1-GN-12-000590
126TH DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. DARLENE BYRNE PRESIDING

## APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Stephen Casey
Texas Bar No. 24065015

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

*Counsel for Appellant*
*Thomas D. Young a/k/a T. David Young*

ORAL
ARGUMENT
REQUESTED

i

## GROUNDS FOR MOTION

1. Appellant's Brief is due to be filed in Court on July 31, 2015.

2. Appellant's counsel had a family crisis occur which resulted in Counsel needing to care for his 5 children.

3. Counsel will also be leaving for an out-of-town trip beginning August 1st through August 18th. Counsel is in need of more time to adequately draft and file Appellant's Brief.

4. Appellant is asking for an extension until August 24, 2015.

5. This is Appellant's second unopposed request for an extension.

## PRAYER

For the foregoing reasons, Appellant prays the Court will grant the motion.

Respectfully submitted,

   /s/ Stephen Casey

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferenced with opposing counsel, Marcie L. Schout, via e-mail on July 31, 2015. Opposing counsel is unopposed to the Motion for Extension of Time to File Appellant's Brief.

/s/ Stephen Casey

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on Friday, July 31, 2015, on the following via electronic transmission:

Marcie L. Schout
Quilling, Selander, Lownds,
Winslett, & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
mschout@qslwm.com

/s/ Stephen Casey